■ In the Matter of the Arbitration between AL SPILBERG, as President of Local 815, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, Independent, Respondent, and KETCHUM & CO.,

INC., Appellant.— Order, entered on May 22, 1962, unanimously affirmed, with $20 costs and disbursements to petitioner-respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.